**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6696**

ROBERT MICHAEL ARDIS,

Plaintiff - Appellant,

v.

DARLENE DICKEY; WILLIAM EDDINS; SARAH HARPER-CRUTCHFIELD;
GREGORY MARCILLE; TIMOTHY REGISTER; THOMAS WILLIAMS; JANE
DOES 1-10; JOHN DOES 1-10,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at
Columbia.  J. Michelle Childs, District Judge.  (3:20-cv-01335-JMC)

Submitted:  August 5, 2022                                 Decided:  August 12, 2022

Before DIAZ, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Michael Ardis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Michael Ardis appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Ardis' 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ardis v. Dickey*, No. 3:20-cv-01335-JMC (D.S.C. filed Jan. 25, 2021 & entered Jan. 26, 2021). We deny Ardis' motions for a stay and to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*